# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CHARLES HARDIN**                                              **PLAINTIFF**

v.                              No. 4:21-cv-00605-BRW-ERE

**ANDREW SAUL,**
**Commissioner of Social Security**                             **DEFENDANT**

## ORDER

Plaintiff Charles Hardin's *pro se* motion proceed *in forma pauperis (Doc. 1)* is GRANTED. The Clerk of Court will issue Summons, and the United States Marshal shall serve a copy of the Summons and Complaint and this Order on the Defendant, the United States Attorney for this district, and the United States Attorney General, without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 8th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE