IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES HARDIN**                                              **PLAINTIFF**

V.                          No. 4:21-CV-00605-BRW-ERE

**KILOLO KIJAKAZI, Acting**
**Commissioner of Social Security**                              **DEFENDANT**

## JUDGMENT

Consistent with the Order entered today, the Commissioner's decision is AFFIRMED.

Judgment is entered in favor of the Commissioner.

DATED this  30th   day of   June      , 2022.

                                                        BILLY ROY WILSON
                                       UNITED STATES DISTRICT JUDGE